BEFORE THE FIRST DIVISION, APRIL 10, 1951

**No. 55444.**—Continental Merchandise Co., Inc. *v.* United States, protest 154548–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of aluminum statuettes and rosaries in glass containers similar in all material respects to those the subject of Abstract 54602, the items in question were held dutiable as follows: The statuettes at 45 percent under paragraph 397 as manufactures of metal; the rosaries, being valued at more than $1.25 per dozen, at 30 percent under the *eo nomine* provision therefor in paragraph 1544; and the glass containers at the same rate as their contents as the usual containers for the involved merchandise.

**No. 55445.**—Vatti Rosary Co. *v.* United States, protest 133307–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers in the case disclosing no reason to disturb the action of the collector, which was presumptively correct, the protest was overruled.

**No. 55446.**—George W. Tobin *v.* United States, protest 151538–K (Los Angeles).

Opinion by OLIVER, C. J.   An examination of the official papers in the case disclosing no reason to disturb the action of the collector, which was presumptively correct, the protest was overruled.

**No. 55447.**—Edward Lembeck and Henry Schwab Lapidary, Inc. *v.* United States, protests 165782–K and 167828–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55448.**—Leo Wolleman and J. & H. Baer, Inc. *v.* United States, protests 168779–K and 168784–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.